IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 06-03030-01/02-CR-S-GAF |
| ANGELA NEWTON and KEVIN NEWTON, | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is defendants' Motion to Suppress Search Warrant (Doc. #23). Defendants allege that the search and seizure of their residence should be suppressed because it violated the Fourth Amendment on the ground that the information from the confidential informant was false.

On May 22, 2006, Chief United States Magistrate Judge James C. England issued his Report and Recommendation. On June 1, 2006, defendants filed their objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, defendants' objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that defendants' Motion to Suppress (Doc. #23) is OVERRULED and DENIED.

SO ORDERED.

                                                                    _____
                                                                         GARY A. FENNER, JUDGE
                                                                          United States District Court

DATED: August 18, 1998